```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  CANDICE K. JAN (CSBN 225749)
    Special Assistant United States Attorney
 5
    1301 Clay Street Suite 340S
 6  Oakland, California 94612-5217
    Telephone: (510) 637-3699
 7  FAX: (510) 637-3724

 8  Attorneys for Plaintiff
```

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KENNETH A. JONES,<br><br>　　　Defendant. | No. CR 05-00451 CW<br><br>[PROPOSED] ORDER FOR NEW SUMMONS |

　　At the request of Judge Wayne D. Brazil, the Court enters this order for a new summons for ~~Mark Boyd~~ KENNETH A. JONES for an initial appearance to be held on August 2, 2005 at 10:00 a.m., instead of July 28, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 21, 2005

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　HONORABLE NANDOR VADAS
　　　　　　　　　　　　　　　United States Magistrate Judge

PROPOSED ORDER FOR NEW SUMMONS
CR 05-00451 CW