KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDICE JAN (CSBN 225749)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, CA 94612-5217
   Telephone: (510) 637-3699
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

**FILED**

DEC 22 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

KENNETH JONES,

   Defendant.

No. CR 05-00451 WDB

[~~PROPOSED~~] ORDER EXCLUDING TIME FROM DECEMBER 1, 2005 TO JANUARY 5, 2006, FROM THE SPEEDY TRIAL ACT CALCULATION
(18 U.S.C. § 3161, subdivision (h)(8)(A))

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time from December 23, 2005 to January 6, 2006, under the Speedy Trial Act, 18 U.S.C. § 3161, subdivision (h)(8)(A).

IT IS SO ORDERED.

DATED: 12-22-05

HON. D. LOWELL JENSEN
United States District Court Judge

12/22/2005 THU 15:30 [TX/RX NO 7104]